UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TO'MOS-KEPHA GEE YASHRA'AL (f/k/a GLEN COLEMAN), | * * * | |
| Plaintiff, | * * | |
| v. | * * | Case No. 4:23-cv-00397 |
| PRIMERICA LIFE INSURANCE COMPANY, | * * * | |
| Defendant. | * * | |

# COMPLAINT

Plaintiff, To'mos-Kepha Gee Yashra'Al (f/k/a Glen Coleman) ("Yashra'Al"), through undersigned counsel, for his Complaint against Primerica Life Insurance Company ("Primerica"), alleges as follows:

## PARTIES

1. Yashra'Al is domiciled in Fannin County, Texas, and is a citizen of Texas within the meaning and intent of 28 U.S.C. § 1332.

2. Primerica is a corporation organized under the laws of the State of Tennessee, with its principal place of business in the State of Georgia. Primerica is a citizen of Tennessee and Georgia within the meaning and intent of 28 U.S.C. § 1332.

## JURISDICTION AND VENUE

3. The Court has diversity question jurisdiction over this case pursuant to 28 U.S.C. § 1332 because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between diverse citizens.

4.   Venue is proper in the United States District Court, Eastern District of Texas, Sherman Division, because Plaintiff is located in this district and material events occurred in this district.

## FACTUAL ALLEGATIONS

5.   Primerica issued life insurance policy number 0488990289 (the "Policy") insuring the life of Timothy Kennedy (the "Insured.")

6.   On information and belief, the Policy covered the Insured's life in the amount of $250,000.

7.   The Insured died on March 24, 2022.

8.   Yashra'Al was formerly named Glen Markeith Coleman, but had his name legally changed in 2018.

9.   At the time of the Insured's death, Yashra'Al was a designated beneficiary entitled to receive all or a portion of the death benefit due under the Policy.

10.   After the Insured's death, Yashra'Al submitted a claim for the death benefit to Primerica.

11.   To date, Primerica has failed to pay any portion of the death benefit to Yashra'Al.

12.   At the time of the Insured's death, the Policy had been in force for more than two years and was not within a contestable period.

## CAUSES OF ACTION

13.   Yashra'Al incorporates the allegations contained in Paragraphs 1-12 as if fully restated herein.

## COUNT I
## Breach of Contract

14. The Policy is a binding contract that obligates Primerica to pay the death benefit to the beneficiary of record.

15. On information and belief, Yashra'Al is a beneficiary of record designated to receive the Policy's death benefit.

16. Primerica's failure to perform its end of the agreement requiring it to pay Yashra'Al the death benefit owed to him constitutes a breach of the contract.

17. As a result of Primerica's breach of the contract, Yashra'Al has been damaged.

## COUNT II
## Declaratory Judgment

18. Alternatively, a dispute has arisen concerning whether or not Yashra'Al is entitled to the Insured's death benefit as a matter of law.

19. Thus, Yashra'Al seeks a declaratory judgment resolving the question of whether he is entitled to the death benefit.

20. To the extent Primerica believes it is subject to multiple claims as to who is the proper beneficiary of the Insured's death benefit, Yashra'Al would consent to Primerica converting the case to an interpleader matter in which all competing claimants may litigate entitlement to the death benefit among themselves.

21. Should the case be converted to an interpleader, Yashra'Al would consent to Primerica's discharge and dismissal upon tendering the death benefit to the Court.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff, To'mos-Kepha Gee Yashra'Al, prays for judgment in his favor, costs, interest, attorney's fees to the extent authorized, and any other relief deemed just and proper.

DATED this 3rd day of May, 2023.

Respectfully submitted,

*/s/Michael J. Hoover*
Michael J. Hoover
TX Bar No. 24132888
Interpleader Law, LLC
5800 One Perkins Place Dr., Suite 2A
Baton Rouge, LA 70808
Telephone: (225) 246-8706
Facsimile:  (888) 200-3530
Email: michael.hoover@interpleaderlaw.com

*Attorney for Plaintiff, To'mos-Kepha Gee Yashra'Al*