UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TO'MOS-KEPHA GEE YASHRA'AL (f/k/a GLEN COLEMAN), | * * * | |
| Plaintiff, | * * | |
| v. | * * | Case No. 4:23-cv-00397-ALM |
| PRIMERICA LIFE INSURANCE COMPANY, | * * * | |
| Defendant. | * | |

## NOTICE OF SETTLEMENT

The parties have settled this matter and are submitting a joint motion to provide for disbursement of the registry funds and dismissal of the case.

DATED this 7th day of November, 2023.

Respectfully submitted,

*/s/Michael J. Hoover*
Michael J. Hoover
TX Bar No. 24132888
Interpleader Law, LLC
5800 One Perkins Place Dr., Suite 2A
Baton Rouge, LA 70808
Telephone: (225) 246-8706
Facsimile: (888) 200-3530
Email: michael.hoover@interpleaderlaw.com

*Attorney for Plaintiff, To'mos-Kepha Gee Yashra'Al*

1

CERTIFICATE OF SERVICE

☒  I hereby certify that on November 7, 2023, I electronically transmitted the foregoing and any attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Michael J. Hoover*
Michael J. Hoover