UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TO'MOS-KEPHA GEE YASHRA'AL (f/k/a GLEN COLEMAN), | * * * | |
| Plaintiff, | * * | |
| v. | * * | Case No. 4:23-cv-00397-ALM |
| PRIMERICA LIFE INSURANCE COMPANY, | * * * | |
| Defendant. | * | |

**JOINT MOTION FOR ENTRY OF FINAL JUDGMENT
AND ORDER OF INTERPLEADER DISBURSEMENT**

Plaintiff, To'mos-Kepha Gee Yashra'Al (f/k/a Glen Coleman) ("Yashra'Al"), Defendant, Primerica Life Insurance Company ("Primerica"), and Third-Party Defendant, Macedonia Missionary Baptist Church ("MMBC"), through their respective undersigned counsel, jointly move that the Court render the attached Final Judgment and Order of Interpleader Disbursement, which will terminate this case and provide for distribution of the interpleaded registry funds, based on the following facts:

1. On May 3, 2023, Yashra'Al initiated this suit concerning a dispute over the death benefit of a life insurance policy insuring the life of Timothy Kennedy, who died on March 24, 2022. (ECF No. 1).

2. On August 1, 2023, Primerica filed claims for interpleader relief against Yashra'Al and MMBC, and subsequently deposited the disputed death benefit and applicable interest totaling $125,061.64 (the "Funds") into the registry of the Court. (ECF No. 18).

3.  The competing claimants have now resolved their dispute and agree that Primerica is entitled to interpleader relief.

4.  In accordance with their agreement, they now move that the Funds, plus accumulated interest, if any, should be disbursed to the following persons, as payees for the respective parties, at the following addresses, and in the following amounts:

- a) Interpleader Law, LLC IOLTA (Payee)
  c/o Michael Hoover (Attorney for Yashra'Al)
  Interpleader Law, LLC
  5800 One Perkins Place Dr., Suite 2A
  Baton Rouge, LA 70808

  Seventy-Five Thousand Thirty-Six Dollars and Ninety-Eight Cents ($75,036.98), plus 60% of any accumulated interest; and

- b) Macedonia Missionary Baptist Church (Payee)
  c/o Glenn Holley (Attorney for MMBC)
  7750 N. MacArthur Blvd.
  Suite 120-110
  Irving, TX 75063

  Fifty Thousand Twenty-Four Dollars and Sixty-Six Cents ($50,024.66), plus 40% of any accumulated interest.

The tax identification number of the recipients has been provided to the Court or will be provided to the finance department upon request.

PRAYER FOR RELIEF

WHEREFORE, pursuant to this Joint Motion for Entry of Final Judgment and Order of Interpleader Disbursement, the movants request that the Court order disbursement of the registry funds as set out above and as directed in the Final Judgment and Order of Interpleader Disbursement, and dismiss all of the pending claims with prejudice, with each party being responsible for its own costs.  All parties to this matter consent to the relief requested herein.

DATED this 7th day of November, 2023.

        Respectfully submitted,

        */s/Michael J. Hoover*
        Michael J. Hoover
        TX Bar No. 24132888
        Interpleader Law, LLC
        5800 One Perkins Place Dr., Suite 2A
        Baton Rouge, LA 70808
        Telephone: (225) 246-8706
        Facsimile: (888) 200-3530
        Email: michael.hoover@interpleaderlaw.com

        *Attorney for Plaintiff, To'mos-Kepha Gee Yashra'Al*

        By: */s/ Bill E. Davidoff*
        Bill E. Davidoff
        State Bar No. 00790565
        bill.davidoff@figdav.com
        Attorney-in-Charge
        FIGARI + DAVENPORT, LLP
        901 Main Street, Suite 3400
        Dallas, TX 75202
        TEL: 214.939.2000
        FAX: 214.939.2090

        ATTORNEYS FOR DEFENDANT PRIMERICA
        LIFE INSURANCE COMPANY

        By: */s/ Glenn Holley*
        Glenn Holley
        State Bar No. 09874500
        glennholleyatty@yahoo.com
        ATTORNEY AT LAW
        7750 N. MacArthur Blvd., Suite 120-110
        Irving, TX 75063
        TEL: 214.636.8710

        ATTORNEYS FOR THIRD-PARTY
        DEFENDANT MACEDONIA MISSIONARY
        BAPTIST CHURCH

## CERTIFICATE OF SERVICE

☒ I hereby certify that on November 7, 2023, I electronically transmitted the foregoing and any attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Michael J. Hoover*
Michael J. Hoover