UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TO'MOS-KEPHA GEE YASHRA'AL (f/k/a GLEN COLEMAN), | * * * | |
| Plaintiff, | * * | |
| v. | * * | Case No. 4:23-cv-00397-ALM |
| PRIMERICA LIFE INSURANCE COMPANY, | * * * | |
| Defendant. | * | |

**FINAL JUDGMENT AND ORDER OF INTERPLEADER DISBURSEMENT**

Before the Court is the Joint Motion for Entry of Final Judgment and Order of Interpleader Disbursement (Dkt. #25) filed by Plaintiff, To'mos-Kepha Gee Yashra'Al (f/k/a Glen Coleman) ("Yashra'Al"), Defendant, Primerica Life Insurance Company ("Primerica"), and Third-Party Defendant, Macedonia Missionary Baptist Church ("MMBC"). The Court GRANTS the motion and ORDERS as follows:

This suit involves a dispute regarding the proceeds of a life insurance contract payable by Primerica due to the death of Timothy Kennedy. On or about August 18, 2023, Primerica deposited the disputed death benefit and applicable interest totaling $125,061.64 (the "Funds") into the registry of the Court. The competing claimants, Yasha'Al and MMBC, have now resolved their dispute and agree that Primerica is entitled to interpleader relief. Therefore, pursuant to the agreement of the parties, and the record in this matter:

IT IS ORDERED that from the Funds, Yashra'Al is entitled to and the Clerk shall disburse to him Seventy-Five Thousand Thirty-Six Dollars and Ninety-Eight Cents ($75,036.98),

plus Sixty Percent (60%) of any accumulated interest after any assessed fees, payable to: "Interpleader Law, LLC IOLTA" and mailed to: Interpleader Law, LLC, 5800 One Perkins Place Dr., Suite 2A, Baton Rouge, LA 70808.

IT IS FURTHER ORDERED that from the Funds, MMBC is entitled to and the Clerk shall disburse to it Fifty Thousand Twenty-Four Dollars and Sixty-Six Cents ($50,024.66), plus Forty Percent (40%) of any accumulated interest after any assessed fees, payable to: "Macedonia Missionary Baptist Church" and mailed to: Glenn Holley, Attorney at Law, 7750 N. MacArthur Blvd., Suite 120-110, Irving, TX 75063.

IT IS FURTHER ORDERED that that Primerica and its agents are fully and finally discharged from any further liability, whether to Yashra'Al, MMBC or otherwise, arising out of or relating to Policy No. 04-88990289, or the disputed proceeds thereof.

IT IS FURTHER ORDERED that each party shall bear its own costs and attorneys' fees. IT IS FURTHER ORDERED that this matter and all claims in this case are hereby dismissed with prejudice.

**IT IS SO ORDERED.**
**SIGNED this 20th day of December, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE